No. 988. Hartford Accident & Indemnity Co. *v.* Cardillo, Deputy Commissioner, et al. June 3, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Cornelius H. Doherty* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Richard H. Demuth* for respondents.

No. 989. Neumann-Endler, Inc. *v.* United States (Majestic Forwarding & Shipping Co., appearing as parties in interest). June 3, 1940. Petition for writ of certiorari to the Court of Customs & Patent Appeals denied. *Mr. John G. Lerch* for petitioner. *Mr. John Walsh* for Majestic Forwarding & Shipping Co., respondent.

No. 997. Fidelity-Bankers Trust Co., Trustee, et al. *v.* Helvering, Commissioner of Internal Revenue. June 3, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Forrest Andrews* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 973. Tennessee Consolidated Coal Co. *v.* United States. June 3, 1940. Petition for writ of certiorari to the Court of Claims denied. *Mr. Geo. E. H. Goodner* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arnold Raum* for the United States.